524

Concur — Botein, P. J., Steuer, Tilzer, Rabin and Bastow, JJ.

STERONE CORPORATION, Respondent, v. MALCOLM E. SMITH, JR., Appellant.—

Concur — Stevens, J. P., Eager, Capozzoli and McNally, JJ.

COLATERAL FACTORS CORP., Respondent, v. MILTON KESTENBERG, Appellant.—

Concur — Stevens, J. P., Eager, Capozzoli, McNally and McGivern, JJ.

In the Matter of RALPH LANGFORD, Doing Business as LOTUS VILLAGE CAFE v. STATE LIQUOR AUTHORITY.—

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT EPPS, Also Known as ROBERT KIMBROUGH v. ALBERT NENNA, as Warden.—

Concur — Botein, P. J., Stevens, Eager, Steuer and Tilzer, JJ.

(May 25, 1967)

SAUL BERR, Appellant, v. DAVID GORDON, Respondent.

Concur — Stevens, J. P., Steuer, Tilzer, McNally and McGivern, JJ.

MARIANA MERIDA, Individually and as Administratrix of the Estate of ADOLPH MERIDA, Absentee, Appellant-Respondent, v. 200 WEST 96TH STREET, INC., Respondent-Appellant.

Concur — Botein, P. J., Stevens, Eager, Steuer and Rabin, JJ.

JACK LEWIS et al., Doing Business as AMERICAN LITERARY EXCHANGE, Respondents, v. ROBERT GOVER, Appellant.

Concur — Botein, P. J., Eager, Steuer, Rabin and McGivern, JJ.

JERRY VICTOR, Appellant, v. BERTRAM J. LANGE, Respondent.